United States District Court
Eastern District of California

JN Vilgo Merstil

Plaintiff(s)

V.

U.S. "ICE," et al

Defendant(s)

Case Number: 1:26-cv-07099-TLN-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Allison Rub, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff/Petitioner JN Vilgo Merstil

On 09/26/2013 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Molina Vilar v. Ice,1:26-cv-04446-TLN-SCR, application made on 6/9/2026, granted 6/11/2026

Loredo Leal v. Ice, 1:26-cv-02889-DAD-EFB, application made on 4/17/2026, granted on 4/23/2026

Bello Perez v. Ice., 1:26-cv-05917-DJC-AC, application made on 07/27/2026, granted on 07/29/2026

Date: September 4, 2026 Signature of Applicant: /s/ Allison Rub, Esq.

**Pro Hac Vice Attorney**

Applicant's Name: Allison Rub, Esq.

Law Firm Name: Allison Rub, PA

Address: 3301 Ponce de Leon Blvd.
Suite 200

City: Coral Gables State: FL Zip: 33134

Phone Number w/Area Code: (786) 383-1861

City and State of Residence: Coral Gables, Florida

Primary E-mail Address: allison@allisonrubpa.com

Secondary E-mail Address: legalassistant@allisonrubpa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ashkan Yekrangi, Esq.

Law Firm Name: Yekrangi & Associates

Address: 1 Park Plaza, Suite 600

City: Irvine State: CA Zip: 92614

Phone Number w/Area Code: (949) 285-1836 Bar # SBN 276211

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/4/2026

JUDGE, U.S. DISTRICT COURT